UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 26-1803

Case Title: Vitamin Energy, Inc. vs. Manoj Bhargava, et al

List all clients you represent in this appeal:

**Manoj Bhargava**
**Innovation Ventures, LLC**
**International IP Holdings, LLC**
**Living Essentials, LLC**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☑ Appellee ☐ Respondent ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Kevin J. Watts Signature: s/Kevin J. Watts

Firm Name: The Miller Law Firm, PC

Business Address: 950 W. University Drive, Suite 300

City/State/Zip: Rochester, MI 48307

Telephone Number (Area Code): (248) 841-2200

Email Address: kjw@millerlawpc.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.